UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>SIMPLENURSING, LLC,<br><br>    Defendant. | Civil Action No. 24-cv-01118-GBW |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Elliot O. Jackson of HEDIN LLP, 1395 Brickell Ave. Suite 610, Miami, Florida 33131 to represent Plaintiff Faith Benson in this matter.

                 **COOCH AND TAYLOR, P.A.**

                 */s/ R. Grant Dick IV*
                 R. Grant Dick IV (No. 5123)
                 Dean R. Roland (No. 6459)
                 The Brandywine Building
                 1000 North West St., Suite 1500
                 Wilmington, DE 19801
                 Telephone: (302) 984-3867
                 Facsimile:  (302) 984-3939
                 gdick@coochtaylor.com
                 droland@coochtaylor.com

Dated: October 18, 2024          *Attorneys for Plaintiff and the Putative Class*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____              _____
                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court
☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: October 18, 2024                     By: */s/ Elliot O. Jackson*

                                            Elliot O. Jackson
                                            HEDIN LLP
                                            1395 Brickell Ave., Suite 610
                                            Miami, Florida 33131
                                            T 305.357.2107
                                            F 305.200.8801
                                            ejackson@hedinllp.com

00670714 2