## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FAITH BENSON,                                      :
                                                   :
                    Plaintiff,                     :
                                                   :
              v.                                   :
                                                   :     C.A. No: 1:24-cv-01118 UNA
SIMPLENURSING  LLC,                                :
                                                   :
                    Defendant.                     :

## <u>NOTICE OF APPEARANCE</u>

PLEASE ENTER THE APPEARANCE of Michael C. Heyden, Jr., Esquire and Joseph E. Brenner, Esquire, on behalf of Defendant, SimpleNursing LLC in the above-captioned action.  This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Michael C. Heyden, Jr.*
Michael C. Heyden, Jr. (Bar No. 5616)
Joseph E. Brenner, Esquire (Bar No. 6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
D: 302-992-8954
F: 302-724-6444
mheyden@grsm.com
jbrenner @grsm.com

*Entering Attorneys for Defendant,*
*SimpleNursing LLC*

Dated:  October 24, 2024

## <u>CERTIFICATE OF SERVICE</u>

I, Michael C. Heyden, Jr. hereby certify that, on October 24, 2024, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Michael C. Heyden, Jr.*
Michael C. Heyden, Jr. (#5616)