## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>　　　　　　Defendant. | **Case No. 1:24-cv-01118-GBW** |

## STIPULATION TO EXTEND THE
## TIME TO RESPOND TO THE COMPLAINT

**IT IS HEREBY STIPULATED and AGREED,** by and between Plaintiff FAITH BENSON and Defendant SIMPLENURSING, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 6(b), Defendant's time to answer, move, or otherwise respond to the Complaint filed on or about October 9, 2024, is extended from October 31, 2024, to January 3, 2025.

Good cause exists for the agreed extension because the deadline to respond to the Complaint has not expired, and Defendant's counsel needs additional time to investigate the claims asserted in the Complaint and finalize a response to it.

Dated: October 25, 2024

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **COOCH AND TAYLOR, P.A.** |
| */s/Michael C. Heyden, Jr.* | */s/R. Grant Dick IV* |
| Michael C. Heyden, Jr. (Bar No. 5616) | R. Grant Dick IV (Bar No. 5123) |
| Joseph E. Brenner (Bar No. 6643) | Dean R. Roland (Bar No. 6459) |
| 824 N. Market St., STE 220 | 1000 North West St., STE 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 992-8954 | Telephone: (302) 984-3867 |
| Facsimile: (302) 724-6444 | Facsimile: (302) 984-3939 |
| mheyden@grsm.com | gdick@coochtaylor.com |
| jbrenner@grsm.com | droland@coochtaylor.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

Dated: _____

_____
Honorable Gregory B. Williams
United States District Judge