THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>Defendant. | C.A.No.: 1:24-cv-01118-GBW |

**DEFENDANT, SIMPLENURSING, LLC'S MOTION TO DISMISS THE COMPLAINT**

Defendant SimpleNursing, LLC's ("Defendant"), through counsel and pursuant to Federal Rules of Civil Procedure 12(b)(6) moves to dismiss Plaintiff's Class Action Complaint.

The grounds for the Motion are set forth in the Memorandum contemporaneously filed herewith, which is incorporated by reference. For the reasons set forth in the Memorandum, Defendant's Motion should be granted in its entirety.

WHEREFORE, Defendant, SimpleNursing, LLC, respectfully requests that the Court grant its Motion to Dismiss.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Michael C. Heyden, Jr.
Michael C. Heyden, Jr. (#5616)
Joseph E. Brenner (#6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
(302) 992-8955
mheyden@grsm.com
jbrenner@grsm.com

-and-

1

|  |  |
|---|---|
|  | Brian E. Middlebrook, Esq. (*pro hac vice forthcoming*) |
|  | Justin Holmes, Esq. (*pro hac vice forthcoming*) |
|  | Alexandra Sadler, Esq. (*pro hac vice forthcoming*) |
|  | **GORDON REES SCULLY MANSUKHANI, LLP** |
|  | One Battery Park Plaza, 28th Floor |
|  | New York, NY 10004 |
| Dated: January 3, 2025 | 212-453-0708 |

## **CERTIFICATE OF SERVICE**

     The undersigned does hereby certify that, on January 3, 2025, a copy of the foregoing document was served on all counsel of record, via CM/ECF.

                                      /s/ Michael C. Heyden, Jr.
                                      Michael C. Heyden, Jr. (#5616)

Dated: January 3, 2025