THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>Defendant. | C.A.No.: 1:24-cv-01118-GBW |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)**

Defendant SimpleNursing, LLC's ("Defendant") Motion, brief in support, Plaintiff's response and brief, and Defendant's reply are before the Court. Defendant moves pursuant to Federal Rules of Civil Procedure ("F.R.C.P") 12(b)(6) to dismiss Plaintiff's Class Action Complaint. The Court, having considered the papers submitted and the oral argument presented by counsel, hereby GRANTS Defendant's Motion pursuant to F.R.C.P. 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                            Hon. Gregory B. Williams