# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>            Defendant. | Case No. 1:24-cv-01118-GBW |

## STIPULATION TO EXTEND THE
## TIME TO RESPOND TO THE AMENDED COMPLAINT

**IT IS HEREBY STIPULATED and AGREED,** by and between Plaintiff FAITH BENSON and Defendant SIMPLENURSING, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 6(b), Defendant's time to answer, move, or otherwise respond to the Amended Complaint filed on or about January 17, 2025, is extended from January 31, 2025, to February 14, 2025.

Good cause exists for the agreed extension because the deadline to respond to the Amended Complaint has not expired, and Defendant's counsel needs additional time to investigate the claims asserted in the Amended Complaint and finalize a response to it.

Dated: January 22, 2025

| | |
|---|---|
| **GORDON REES SCULLY<br>MANSUKHANI, LLP** | **COOCH AND TAYLOR, P.A.** |
| */s/ Michael C. Heyden, Jr.* | */s/ R. Grant Dick IV* |
| Michael C. Heyden, Jr., Esq. (Bar No. 5616) | R. Grant Dick IV, Esq. (Bar No. 5123) |
| Joseph E. Brenner, Esq. (Bar No. 6643) | Dean R. Roland, Esq. (Bar No. 6459) |
| 824 N. Market St., STE 220 | 1000 North West St., STE 1500 |

| | |
|---|---|
| Wilmington, DE 19801<br>Telephone: (302) 992-8954<br>Facsimile: (302) 724-6444<br>mheyden@grsm.com<br>jbrenner@grsm.com | Wilmington, DE 19801<br>Telephone: (302) 984-3867<br>Facsimile: (302) 984-3939<br>gdick@coochtaylor.com<br>droland@coochtaylor.com |

*Attorneys for Defendant*                          *Attorneys for Plaintiff*

-and-                                               -and-

Brian E. Middlebrook, Esq. (*pro hac vice* forthcoming)
Alexandra Sandler, Esq. (*pro hac vice* forthcoming)
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0708
bmiddlebrook@grsm.com
asandler@grsm.com

Elliot O. Jackson, Esq. (admitted *pro hac vice*)
1395 Brickell Ave., Suite 610
Miami, FL 33131-302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com

-and-

Justin Holmes, Esq. (*pro hac vice* forthcoming)
Three Logan Square
171 Arch St., STE 610
Philadelphia, PA 19103
Telephone: (212) 561-2300
jholmes@grsm.com

**IT IS SO ORDERED:**

Dated: _____

_____
Honorable Gregory B. Williams
United States District Judge