THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAITH BENSON, individually and on behalf
of all others similarly situated,

                                                                                                                      C.A.No.: 1:24-cv-01118-GBW

        Plaintiff,

vs.

SIMPLENURSING, LLC,

        Defendant.

**DEFENDANT, SIMPLER NURSING, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT**

    Defendant, Simple Nursing, LLC, through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Plaintiff's Class Action Complaint.

    The grounds for the Motion are set forth in the Memorandum contemporaneously filed herewith, which is incorporated by reference. For the reasons set forth in the Memorandum, Defendant's Motion should be granted in its entirety.

    WHEREFORE, Defendant, SimpleNursing, LLC, respectfully requests that the Court grant its Motion to Dismiss.

                                                  Respectfully submitted,

                                                  **GORDON REES SCULLY MANSUKHANI, LLP**

                                                  /s/ Michael C. Heyden, Jr.
                                                Michael C. Heyden, Jr. (#5616)
                                                Joseph E. Brenner (#6643)
                                                824 N. Market Street, Suite 220
                                                Wilmington, DE 19801
                                                (302) 992-8955
                                                mheyden@grsm.com
                                                jbrenner@grsm.com

                                                -and-

                                                Brian E. Middlebrook, Esq. (*pro hac vice forthcoming*)
                                                Justin Holmes, Esq. (*pro hac vice forthcoming*)

1

|  |  |
|---|---|
| Dated: February 14, 2025 | Alexandra Sadler, Esq. (*pro hac vice forthcoming*)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>One Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>212-453-0708 |

## **CERTIFICATE OF SERVICE**

  The undersigned does hereby certify that, on February 14, 2025, a copy of the foregoing document was served on all counsel of record, via CM/ECF.

                /s/ Michael C. Heyden, Jr.
                Michael C. Heyden, Jr. (#5616)

Dated: February 14, 2025