# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>Defendant. | C.A.No. 1:24-cv-01118-GBW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6)**<br><br>Honorable Gregory B. Williams |

Defendant SimpleNursing, LLC's ("Defendant") Motion, brief in support, Plaintiff's response and brief, and Defendant's reply are before the Court. Defendant moves pursuant to Federal Rules of Civil Procedure ("F.R.C.P") 12(b)(6) to dismiss Plaintiff's Amended Complaint. The Court, having considered the papers submitted and the oral argument presented by counsel, hereby GRANTS Defendant's Motion pursuant to F.R.C.P. 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____                         _____
                                                                                    Hon. Gregory B. Williams