## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>           Defendant. | Case No. 1:24-cv-01118-GBW |

### STIPULATION AND [PROPOSED ORDER] SETTING BRIEFING SCHEDULE

On January 17, 2025, Plaintiff FAITH BENSON filed her First Amended Complaint.

On February 14, 2025, Defendant SIMPLENURSING, LLC filed its Motion to Dismiss and Opening Brief in Support of its Motion to Dismiss.

**IT IS HEREBY STIPULATED and AGREED,** by and between Plaintiff FAITH BENSON and Defendant SIMPLENURSING, LLC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff shall have until March 21, 2025 to file its response and Defendant shall have until April 11, 2025 for any reply.

[*Signatures of Following Page*]

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **COOCH AND TAYLOR, P.A.** |
| */s/ Michael C. Heyden* | /s/ *R. Grant Dick IV* |
| Michael C. Heyden, Jr. (Bar No. 5616) | R. Grant Dick IV (Bar No. 5123) |
| Joseph E. Brenner (Bar No. 6643) | Dean R. Roland (Bar No. 6459) |
| 824 N. Market St., STE 220 | 1000 North West St., STE 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 992-8954 | Telephone: (302) 984-3867 |
| Facsimile: (302) 724-6444 | Facsimile: (302) 984-3939 |
| mheyden@grsm.com | gdick@coochtaylor.com |
| jbrenner@grsm.com | droland@coochtaylor.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| DATED: February 24, 2025 | DATED: February 24, 2025 |

**IT IS SO ORDERED:**

Dated: _____

_____
Honorable Gregory B. Williams
United States District Judge