IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>Defendant. | Case No. 1:24-cv-01118-GBW |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Brian E. Middlebrook of Gordon Rees Scully Mansukhani, LLP, One Battery Park Plaza, 28th Floor, New York, NY 10038 to represent Defendant SIMPLENURSING, LLC, in this matter.

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/Michael C. Heyden, Jr.*
Michael C. Heyden, Jr., Esq. (Bar No. 5616)
Joseph E. Brenner, Esq. (Bar No. 6643)
824 N. Market St., STE 220
Wilmington, DE 19801
Telephone: (302) 992-8954
Facsimile: (302) 724-6444
mheyden@grsm.com
jbrenner@grsm.com

Dated: April 10, 2025

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Honorable Gregory B. Williams

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, Eastern District of New York, Northern District of New York, Southern District of New York, Western District of New York, and U.S. Court of Appeals Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for the District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2025

By: */s/ Brian Middlebrook*
Brian E. Middlebrook, Esq.
Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
Telephone: (212) 453-0708
bmiddlebrook@grsm.com