# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SIMPLENURSING, LLC,<br><br>                Defendant. | **Case No. 1:24-cv-01118-GBW** |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Justin Holmes of Gordon Rees Scully Mansukhani, LLP, 171 Arch Street, Suite 610, Philadelphia, PA 19103, to represent Defendant SIMPLENURSING, LLC, in this matter.

                                                **GORDON REES SCULLY MANSUKHANI, LLP**

                                                */s/Michael C. Heyden, Jr.*
                                                Michael C. Heyden, Jr., Esq. (Bar No. 5616)
                                                Joseph E. Brenner, Esq. (Bar No. 6643)
                                                824 N. Market St., STE 220
                                                Wilmington, DE 19801
                                                Telephone: (302) 992-8954
                                                Facsimile: (302) 724-6444
                                                mheyden@grsm.com
                                                jbrenner@grsm.com

Dated: April 10, 2025

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

                                                Honorable Gregory B. Williams

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia, State of Pennsylvania, Eastern District of Pennsylvania, and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Revised Standing Order for the District Court Fund effective 1/1/2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2025

By: */s/ Justin Holmes*
Justin Holmes, Esq.
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
171 Arch Street, Suite 610
Philadelphia, PA 19103
Telephone: (212) 561-2300
jholmes@grsm.com