IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FAITH BENSON, individually and on behalf
of all others similarly situated,

                Plaintiff,

             v.                       Civil Action No. 24-1118-GBW

SIMPLENURSING, LLC,

                Defendant.

## ORDER

At Wilmington this 17th day of April 2026:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY**

**ORDERED** that:

1.  Defendant SimpleNursing, LLC's Motion to Dismiss Plaintiff's Amended Complaint

    for Failure to State a Claim (D.I. 13) is **GRANTED.** Plaintiff's Amended Complaint

    (D.I. 11) is dismissed with prejudice.

2.  The Clerk of the Court is directed to CLOSE Civ. No. 24-1118 (GBW).

 

GREGORY B. WILLIAMS
U.S. DISTRICT JUDGE