# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAITH BENSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>SIMPLENURSING, LLC,<br><br>      Defendant. | C.A. No. 1:24-cv-01118-GBW |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Faith Benson appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (D.I. 27) and Order Granting Defendant's Motion to Dismiss Plaintiff's Amended Complaint (D.I. 28) entered in this action on April 17, 2026.

Dated: May 18, 2026.

**COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick*
R. Grant Dick (Del. #5123)
Dean R. Roland (Del. # 6459)
Kevin D. Levitsky (Del. # 7228)
1000 North West St., STE 1500
Wilmington, DE 19801
Telephone: (302) 984-3867
Fax: (302) 984-3939
gdick@coochtaylor.com
droland@coochtaylor.com
klevitsky@coochtaylor.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will notify all counsel of record authorized to receive such filings.

**COOCH AND TAYLOR, P.A.**

*/s/ R. Grant Dick*
R. Grant Dick (Bar No. 5123)
1000 North West St., STE 1500
Wilmington, DE 19801
Telephone: (302) 984-3867
Fax: (2302) 984-3939
gdick@coochtaylor.com